AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Martin NARVAEZ-Merino<br><br>*Defendant(s)* | Case No: 19 MJ 4579 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 26, 2019</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: Aggravated Sexual Assault -V >=13 and <16-D, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On December 26, 2019 Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration checks revealed that the defendant was last removed from the United States to Mexico on September 04, 2018 through Laredo, TX.

☒ Continued on the attached sheet.

*Complainant's signature*

Kevin Rodriguez Olan, Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 28, 2019

*Judge's signature*

STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Martin NARVAEZ-Merino

**Continuation of Statement of Facts:**
Criminal record checks revealed that the defendant was convicted of Aggravated Sexual Assault -V >=13 and <16-D and was sentenced to 7 years imprisonment. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Rodriguez Olan, Kevin
Filing Agent